# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Joseph Alexander Clinton,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00461-RJC |
| | ) | 3:10-cr-00208-RJC-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2019 Order.

November 14, 2019

Frank G. Johns, Clerk
United States District Court